CARDER REALTY CORPORATION, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 23994.)

Argued April 14, 1941; decided May 22, 1941.

*John J. Bennett, Jr.,* Attorney-General (*Henry Epstein, James H. Glavin, Jr., Harold Greenstein* and *John A. Lynch* of counsel), for appellant.

*Charles B. Sullivan* and *Warner M. Bouck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.